IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS GUY, | No. 4:23-CV-00412 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MOHAMED S. ELIWA, *et al.*, | |
| Defendants. | |

### ORDER

#### SEPTEMBER 11, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 8) is **DENIED**.

2. Defendants' motion to strike (Doc. 8) is **DENIED.**

3. Defendants' motion for a more definite statement (Doc. 8) is **GRANTED** as to Count I, paragraphs 37(m), 37(o), 37(p), 37(t), 37(u), and 37(x); Count II, paragraphs 29(m), 29(o), 29(p), 29(t), 29(u), and 29(x); and Count III, paragraphs 34(p), 34(s), and 34(bb) of Plaintiff's complaint.

4. Defendants' motion for a more definite statement (Doc. 8) is **DENIED** as to all other paragraphs of Plaintiff's complaint.

5. Plaintiff may file an amended complaint in accordance with this Memorandum Opinion no later than fourteen (14) days from the date of this Order. If no amended complaint is filed by that date, the identified paragraphs will be stricken from the complaint.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge